**No. 59453.**—Baar & Beards, Inc., and Taub, Hummel & Schnall, Inc., et al. *v.* United States, protests 174333–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59454.**—Baar & Beards, Inc., and Taub, Hummel & Schnall, Inc., et al. *v.* United States, protests 179746–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk squares or scarves similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59455.**—International Linen Co. and James G. Wiley et al. *v.* United States, protests 184234–K, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59456.**—Baar & Beards, Inc., et al. *v.* United States, protests 194806–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59457.**—Elwin Handkerchief Mfg. Co. and W. J. Byrnes & Co. of Los Angeles et al. *v.* United States, protests 222760–K, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59458.**—Novelty Veiling Co., Inc. *v.* United States, protest 250733–K (Baltimore).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk squares or scarves similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59459.**—Dweck Linen Importing Co. et al. *v.* United States, protests 255608–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of articles of wearing apparel in chief value of silk similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 17, 1955

**No. 59460.**—D. C. Andrews & Company, Inc. *v.* United States, protest 258812–K (New York).